UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DODIYI J. WILLIAMWEST                         CIVIL ACTION

VERSUS                                                    NO. 21-800

SHERRY RICHARDSON, ET AL.                SECTION "R" (5)

## ORDER AND REASONS

Before the Court is plaintiff Dodiyi J. Williamwest's motion for the appointment of a special process server and for sanctions against Mr. Scott Frank and the Lafayette Process Servers.[1]

First, plaintiff seeks the appointment of a special process server, but fails to provide the Court with any reason why such an appointment is necessary to effectuate service. A "motion for appointment of a special process server must indicate why the court authority is necessary to accomplish service of process." *See Matthews v. Int'l House of Pancakes, Inc.*, No. 08-3595, 2008 WL 11354946, at *1 (E.D. La. Nov. 10, 2008). Accordingly, plaintiff's motion for the appointment of a special process server is DENIED.

---

[1]    R. Doc. 109.

Second, plaintiff seeks sanctions against Mr. Frank and the Lafayette Process Servers, alleging that they have failed to effectuate service on several defendants.[2] But neither Mr. Frank nor the Lafayette Process Servers have been named as defendants in the present litigation, and plaintiff has not amended his complaint to add them as parties, nor has he obtained the Court's leave to amend his complaint. Plaintiff's motion for sanctions is DENIED.

New Orleans, Louisiana, this __3rd__ day of August, 2022.

_Sarah Vance_
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[2] *Id.* at 2.