UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DODIYI WILLIAMWEST | CIVIL ACTION |
| VERSUS | NO. 21-800 |
| SHERRY RICHARDSON, ET AL. | SECTION "R" (5) |

## ORDER

On April 5, 2023, the Court issued judgment against *pro se* plaintiff Dodiyi Williamwest.[1] Williamwest then filed a notice of appeal and a motion to proceed *in forma pauperis* on appeal in the U.S. Court of Appeals for the Fifth Circuit.[2] Because an appellant must first move the district court for permission to proceed *in forma pauperis* on appeal, the Fifth Circuit held the appeal in abeyance and remanded the matter to this Court for the limited purpose of ruling on the motion.[3] The Court denied plaintiff's motion, certifying that the appeal was not taken in good faith.[4] Plaintiff now moves for reconsideration of that order and recusal of the undersigned, contending that the Court erred in considering the merits of the issues to be decided on

---

[1]   R. Doc. 135.
[2]   R. Doc. 144; *Williamwest v. Richardson*, 5th Cir. No. 23-30264, R. Doc. 77-2.
[3]   R. Doc. 149.
[4]   R. Doc. 151.

appeal, and that the denial of plaintiff's motion was malicious, fraudulent, and demonstrated a material interest in the outcome of the case.[5]

The proper vehicle for challenging a district court's denial of a motion to proceed *in forma pauperis* on appeal is to file such a motion in the appellate court. Fed. R. App. P. 24(a)(5). Plaintiff has filed the motion to proceed *in forma pauperis* in the Fifth Circuit, and that motion is currently pending before that court.[6] Accordingly, this Court lacks authority to reconsider its ruling on the motion to proceed *in forma pauperis*. *See Lopez Dominguez v. Gulf Coast Marine & Assocs., Inc.*, 607 F.3d 1066, 1073–74 (5th Cir. 2010) (noting that "an effective notice of appeal strips district courts of jurisdiction to grant a[n]" analogous motion for relief from judgment under Rule 60); Fed. R. Civ. P. 62.1(a) (permitting district court to deny motion for reconsideration when "the [district] court lacks authority to grant [the motion] because of an appeal that has been docketed and is pending").

Accordingly, plaintiff's motion is DENIED.

New Orleans, Louisiana, this __10th__ day of June, 2024.

*Sarah Vance*
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[5]  R. Doc. 152.
[6]  *Williamwest v. Richardson*, 5th Cir. No. 23-30264, R. Doc. 90.